## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **KATHRYN HENDRIX,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No  2:21-cv-00300-MHH |
| ) | |
| **CRC INSURANCE SERVICES, INC.,** ) | |
| **TRUIST FINANCIAL CORP/. and** ) | |
| **TRUIST BANK,** ) | |
| ) | |
| **Defendant.** ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants CRC Insurance Services, Inc. ("CRC"), Truist Financial Corp., ("Truist"), and Truist Bank ("Truist Bank" and collectively with CRC and Truist "Defendants"), certifies as follows:

1. CRC Insurance Services, Inc. is a wholly owned subsidiary of Truist Insurance Holdings, Inc.

2. Truist Insurance Holdings, Inc. is a wholly owned subsidiary of Truist Bank, formerly known as Branch Banking and Trust Company.

3. Truist Bank was formed on December 7, 2019, by the merger of SunTrust Bank into Branch Banking and Trust Company and Branch Banking and Trust Company's subsequent change of its name to Truist Bank.

4.   Truist Bank is a wholly-owned subsidiary of Truist Financial Corporation.

5.   Truist Financial Corporation was formed by the merger of SunTrust Banks, Inc. into BB&T Company on December 6, 2019, the merger of SunTrust Bank Holding Company (a Florida Corporation) into BB&T Company on December 7, 2019, and BB&T Company's subsequent change of its name to Truist Financial Corporation (also on December 7, 2019).

6.   The stock of BB&T Company was formerly traded publicly under the symbol "BBT."  The stock of SunTrust Banks, Inc. was formerly traded publicly under the symbol "STI."  SunTrust Bank Holding Company was not publicly traded.

7.   The stock of Truist Financial Corporation is publicly traded under the symbol "TFC."

8.   Based on the information currently available, there is no publicly traded corporation that owns more than 10% of the stock of Truist Financial Corporation.

Respectfully submitted, this the 26th day of March, 2021.

/s/ *Jenna M. Bedsole*
JENNA M. BEDSOLE
DAISY C. KARLSON
Attorneys for Defendants

**OF COUNSEL**:
BAKER DONELSON BEARMAN
 CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1400
Birmingham, Alabama 35203

Tel: 205-326-0480
jbedsole@bakerdonelson.com
dkarlson@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and accurate copy of the foregoing by filing the same via the court filing system and/or via electronic or U.S. Mail, first-class postage pre-paid, on all counsel of record on March 26th, 2021:

Leslie Palmer
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, Alabama 35233
Tel: (205) 285-3050
leslie@palmerlegalservices.com

*/s/ Jenna M. Bedsole*
Of Counsel