FILED
2021 Mar-29 PM 05:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KATHRYN HENDRIX,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No 2:21-cv-00300-MHH |
| | ) |
| **CRC INSURANCE SERVICES, INC.,** | ) |
| **TRUIST FINANCIAL CORP. and** | ) |
| **TRUIST BANK,** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

The undersigned, Daisy C. Karlson, of the law firm BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C., hereby gives notice of her appearance as additional counsel of record in the above-styled cause on behalf of Defendants CRC Insurance Services, Inc., Truist Financial Corp., and Truist Bank. The Clerk and all parties are requested to provide counsel with copies of all subsequent pleadings, orders, notices, discovery, and correspondence.

Respectfully submitted,

/s/ Daisy C. Karlson
DAISY C. KARLSON
An Attorney for Defendants

**OF COUNSEL**:

BAKER DONELSON BEARMAN
 CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1400
Birmingham, Alabama 35203
Tel: 205-326-0480
dkarlson@bakerdonelson.com

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a true and accurate copy of the foregoing by filing the same via the court filing system and/or via electronic or U.S. Mail, first-class postage pre-paid, on all counsel of record on March 29, 2021:

    Leslie Palmer
    Palmer Law, LLC
    104 23rd Street South, Suite 100
    Birmingham, Alabama 35233
    Tel: (205) 285-3050
    leslie@palmerlegalservices.com

                                          */s/* Daisy C. Karlson
                                          OF COUNSEL