# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KATHRYN HENDRIX,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:21-CV-00300-MHH |
| | ) |
| **CRC INSURANCE SERVICES, INC.,** | ) |
| **TRUST FINANCIAL CORP., AND** | ) |
| **TRUST BANK,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

COMES NOW, Patricia A. Gill, of the law firm Patricia A. Gill, P.C. and respectfully enters her appearance as counsel for Plaintiff, Kathryn Hendrix, in addition to Leslie Palmer, and Cynthia Wilkerson, who have previously appeared in this action.

      **/s/ Patricia A. Gill**
      Patricia A. Gill
      Attorney for the Plaintiff
      State Bar ID No.: ASB-080-I66P

OF COUNSEL:
PATRICIA A.GILL, P.C.
PO Box 55204
Birmingham, AL 35255
Phone:  (205)789-1906
Facsimile:  (205) 930-9809
Email:  patriciagill@yahoo.com

## CERTIFICATE OF SERVICE

  I hereby certify a copy of the foregoing has been served on the following counsel of record on October 4, 2021, via the Court's electronic filing system:

Jenna Bedsole
BAKER DONELSON
420 20th Street North
Suite 1400
Birmingham, AL 35203

Leslie Palmer
PALMER LAW, LLC
104 23rd Street South
Suite 100
Birmingham, AL 35233

Cynthia Wilkinson
WILKINSON LAW FIRM, P.C.
1717 3RD Avenue North
Suite A
Birmingham, AL 35203

/s/ Patricia A. Gill
OF COUNSEL