FILED
2023 Apr-11  PM 12:32
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **KATHRYN HENDRIX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No  2:21-cv-00300-MHH** |
| | ) | |
| **CRC INSURANCE SERVICES, INC.,** | ) | **OPPOSED** |
| **TRUIST FINANCIAL CORP. and** | ) | |
| **TRUIST BANK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF WITHDRAWAL

COMES NOW, Jenna M. Bedsole, one of the attorneys for Defendants CRC Insurance Services, Inc., Truist Financial Corp., and Truist Bank ("Defendants") and files this Notice of Withdrawal on behalf of Defendants in the above-styled case.  Defendants will continue to be represented by counsel of record and no party will be prejudiced by this withdrawal.

Submitted this, the 11th day of April, 2023.

Respectfully submitted,

*/s/ Jenna M. Bedsole*
**JENNA M. BEDSOLE**
**RACHEL V. BARLOTTA**
**KAYLA WUNDERLICH**
*Attorneys for Defendants*

**OF COUNSEL:**
BAKER, DONELSON, BEARMAN
 CALDWELL & BERKOWITZ, P.C.
1901 Sixth Avenue North, Suite 2600
Birmingham, Alabama  35203
Telephone: (205) 328-0480
jbedsole@bakerdonelson.com
rbarlotta@bakerdonelson.com
kwunderlich@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent notification of the filing to below counsel of record today, the 11th day of April, 2023:

Leslie Palmer
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, Alabama 35233
Tel: (205) 285-3050
leslie@palmerlegalservices.com

Cynthia F. Wilkinson
**Wilkinson Law Firm**
1717 3rd Avenue North, Suite A
Birmingham, Alabama 35203
wilkinsonefile@wilkinsonfirm.net

Patricia A. Gill
**Patricia A. Gill, P.C.**
P.O. Box 55204
Birmingham, Alabama 35255
patriciagill@yahoo.com

_/s/ Jenna M. Bedsole_
OF COUNSEL