# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **KATHRYN HENDRIX,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>)<br>) **Case No: 2:21-cv-00300-MHH** |
| **CRC INSURANCE SERVICES, INC., TRUIST FINANCIAL CORP., AND TRUIST BANK,** | )<br>)<br>) **UNOPPOSED**<br>) |
| **Defendants.** | )<br>) |

## **DEFENDANTS' MOTION TO FILE EXCESS PAGES**

Defendants request the court allow them to file ten (10) additional pages in its Brief in Support of Summary Judgment. In support it their motion, Defendants state as follows:

1. In this case, Plaintiff has alleged Defendants discriminated against her in multiple aspects of her employment. Plaintiff alleges Defendants discriminated against her in her pay, promotional opportunities, work assignments, as well as other aspects of her employment. Plaintiff also alleges Defendants retaliated against her and constructively discharged her.

2. The Parties have exchanged thousands of documents and there have been eight (8) depositions taken. Based upon this voluminous evidence, there are

an extensive amount of undisputed facts that pertain to Plaintiff's claims and that, together with record citations, will take several pages to appropriately inform the Court.

3. Defendants are seeking summary judgment on all of Plaintiff's claims.

4. The court's initial order limits briefs accompanying motions to 30 pages. (Doc. 5, p. 8)

5. Defendants need additional pages to adequately address all the relevant facts and arguments which support summary judgment of Plaintiff's claims. Thus, Defendants request an additional ten (10) pages for its Brief in Support of Summary Judgment.

WHEREFORE, Defendants request the court permit Defendants' ten (10) additional pages for its Brief in Support of Summary Judgment.

Respectfully submitted this the 8th day of May 2024.

/s/ *Rachel V. Barlotta*
RACHEL V. BARLOTTA
KAYLA M. WUNDERLICH
Attorneys for Defendants

**OF COUNSEL**:

BAKER DONELSON BEARMAN
 CALDWELL & BERKOWITZ, P.C.
1901 Sixth Avenue North, Suite 2600
Birmingham, AL 35203
(205) 328-0480 Telephone
(205) 322-8007 Facsimile
rbarlotta@bakerdonelson.com
kwunderlich@bakerdonelson.com

2

4881-6288-3260

## CERTIFICATE OF SERVICE

 I hereby certify that I have served a true and accurate copy of the foregoing by filing the same via the court filing system and/or via electronic or U.S. Mail, first-class postage pre-paid, on all counsel of record on May 8, 2024.

Leslie Palmer
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, Alabama 35233
Tel: (205) 285-3050
leslie@palmerlegalservices.com

Cynthia F. Wilkinson
Wilkinson Law Firm
1717 3rd Avenue North, Suite A
Birmingham, Alabama 35203
wilkinsonefile@wilkinsonfirm.net

Patricia A. Gill
Barrett & Farahany
2 20th Street N, #900
Birmingham, AL 35203
trish@justiceatwork.com
Tel: (205) 390-1953

            */s/ Rachel V. Barlotta*
            Of Counsel

4881-6288-3260