# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **KATHRYN HENDRIX,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No: 2:21-cv-00300-MHH |
| **CRC INSURANCE SERVICES, INC., TRUIST FINANCIAL CORP., AND TRUIST BANK,** | ) **OPPOSED** |
| **Defendants.** | ) |

## **DEFENDANTS' MOTION TO STAY DISPOSITIVE MOTION DEADLINE**

Defendants request the court grant a temporary stay of the dispositive motion deadline. In support it their motion, Defendants state as follows:

1. The current dispositive motion deadline is May 10, 2024. (Doc. 62) The parties sought this deadline in light of ongoing discovery issues. (Doc. 61)

2. On April 26, 2024, Defendants completed production of documents and information ordered in the February 20, 2024 discovery conference.

3. The parties had a meet and confer on May 3, 2024 to discuss some of the production.

4. On May 8, 2024, Plaintiff's counsel stated they were seeking additional information and documents that were not discussed in the May 3, 2024 meet and confer.

5. Plaintiff's counsel stated they intend to seek a conference with the Court regarding requests for additional information and documents.

6. Defendants will be prejudiced if they must file their arguments and evidence for summary judgment while Plaintiff may continue to seek discovery. *See Santander Consumer USA, Inc. v. Maywood Motors, Inc.*, No. 3:16-CV-2499-B-BK, 2017 WL 8677337, at *1 (N.D. Tex. Aug. 9, 2017).

7. Plaintiff's counsel have stated they oppose any further extensions to the briefing schedule.

WHEREFORE, Defendants request a temporary stay to the dispositive motion deadline pending Plaintiff's request for a discovery conference and additional discovery.

Respectfully submitted this the 9th day of May 2024.

/s/ *Rachel V. Barlotta*
RACHEL V. BARLOTTA
KAYLA M. WUNDERLICH
Attorneys for Defendants

**OF COUNSEL**:

BAKER DONELSON BEARMAN
 CALDWELL & BERKOWITZ, P.C.
1901 Sixth Avenue North, Suite 2600
Birmingham, AL 35203

4881-6288-3260

(205) 328-0480 Telephone
(205) 322-8007 Facsimile
rbarlotta@bakerdonelson.com
kwunderlich@bakerdonelson.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and accurate copy of the foregoing by filing the same via the court filing system and/or via electronic or U.S. Mail, first-class postage pre-paid, on all counsel of record on May 9, 2024.

Leslie Palmer
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, Alabama 35233
Tel: (205) 285-3050
leslie@palmerlegalservices.com

Cynthia F. Wilkinson
Wilkinson Law Firm
1717 3rd Avenue North, Suite A
Birmingham, Alabama 35203
wilkinsonefile@wilkinsonfirm.net

Patricia A. Gill
Barrett & Farahany
2 20th Street N, #900
Birmingham, AL 35203
trish@justiceatwork.com
Tel: (205) 390-1953

*/s/ Rachel V. Barlotta*
Of Counsel

3

4881-6288-3260