FILED
2024 May-30 PM 12:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KATHRYN HENDRIX,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No 2:21-cv-00300-MHH |
| ) | |
| **CRC INSURANCE SERVICES, INC.,** ) | |
| **TRUIST FINANCIAL CORP. and** ) | |
| **TRUIST BANK,** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANTS' EVIDENTIARY SUBMISSION
## IN SUPPORT OF SUMMARY JUDGMENT

Defendants CRC Insurance Services, Inc., Truist Financial Corp., and Truist Bank file the following evidentiary submission in support of summary judgment:

1. Deposition Transcript of Rusty Hughes

2. Declaration of Corey Daugherty

3. Deposition Transcript of Corey Daugherty

4. Documents Produced by Plaintiff and Defendants (organized by bates number)

5. Deposition Transcript of Stephanie Petty

6. Deposition Transcript of Kathryn Hendrix

7. Deposition Transcript of Ron Helveston

8. Declaration of Lee McClure

9. Deposition Transcript of Clay Segrest

10. Declaration of Clay Segrest

11. Deposition Transcript of Susan Philips

12. Declaration of Ross Robertson

13. Declaration of Jonathan Morgan

14. Declaration of Rusty Hughes

15. Declaration of Brandi Russell

16. Declaration of Amber Varner

17. Declaration of Corey Woodward

18. Declaration of Andrea Sutton

19. Declaration of Yvette Talsma

20. Pay Chart and Pay Data Filed Under Seal

21. Deposition Transcript of John Cadden

22. Plaintiff's Mental Health Records File Under Seal

23. October 8, 2019 Letter from Hendrix's Attorney

24. November 14, 2019 Letter from BB&T Counsel

25. Plaintiff's Supplemental Discovery Responses

Respectfully submitted this the 30th day of May, 2024.

/s/ *Rachel V. Barlotta*
RACHEL V. BARLOTTA
KAYLA M. WUNDERLICH
Attorneys for Defendants

**OF COUNSEL**:

BAKER DONELSON BEARMAN
 CALDWELL & BERKOWITZ, P.C.
1901 Sixth Avenue North, Suite 2600
Birmingham, AL 35203
(205) 328-0480 Telephone
(205) 322-8007 Facsimile
rbarlotta@bakerdonelson.com
kwunderlich@bakerdonelson.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a true and accurate copy of the foregoing by filing the same via the court filing system and/or via electronic or U.S. Mail, first-class postage pre-paid, on all counsel of record on May 30, 2024.

Leslie Palmer
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, Alabama 35233
Tel: (205) 285-3050
leslie@palmerlegalservices.com

Cynthia F. Wilkinson
Wilkinson Law Firm
1717 3rd Avenue North, Suite A
Birmingham, Alabama 35203
wilkinsonefile@wilkinsonfirm.net

Patricia A. Gill
Barrett & Farahany
2 20th Street N, #900
Birmingham, AL 35203
trish@justiceatwork.com
Tel: (205) 390-1953

                                               */s/ Rachel V. Barlotta*
                                               Of Counsel