FILED
2024 May-30  PM 12:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 8

## SWORN STATEMENT OF LEE MCCLURE

1.      My name is Lee McClure. I am over the age of 21 and have personal knowledge of the contents of this statement.

2.      Prior to working for CRC I worked as a commercial insurance retail agent and was working with CRC to place policies for my insured. In September 2010, CRC approached me about an opportunity to join CRC as an underwriter which I accepted.

3.      In July 2013, I moved from my position as an underwriter to a broker working with George Bennett and Dave Sloneker in CRC Birmingham's Professional Liability Department. Bennett had been diagnosed with cancer, and his team needed help. I performed all the support functions on the team from start to finish and also had to start building my book.

4.      When I started as a broker, I was not given any business to start my book. I had to start my book from nothing. I did this by arranging meetings with agents and traveled to meet them and start building relationships. I did not have any support staff for the first several years I was a broker. I had to work my accounts from start to finish. There is a lot of unglamorous work required to become a successful broker. I spent years handling all the processing on my book while I also had to juggle traveling extensively and bringing in business. Our business is a lot of processing.

5.      Around September 2014, George Bennett retired from CRC. I did not receive any of Bennett's accounts. At that time, I was still solely responsible for building my book.

6.      After Bennett retired, Susan Philips and Dave Sloneker joined together on one team because they had smaller books of business. Philips and Sloneker each had an account executive to support their book. I did not have an account executive working the business I brought in. I continued to perform support functions for Sloneker and Philip's business.

7.      A little over three years into being a broker, in September 2016, I had generated enough revenue to obtain approval for hiring another account executive on our team to support my book. My book had to surpass $750,000.00 in revenue before the team got approval to hire another account executive. Lauren Lindberg joined our team in September 2016 as an account executive. At that time, I was the broker producing the most revenue on the team.

8.      I found the team's structure was not ideal. Although we were one team, our team was segmented with the three brokers on the team essentially working as separate teams.

9.      I was not involved in hiring Brandon Hays, and he did not work for me.

10.     In 2019, I became the lead broker on our team.

11.     Since hiring of support staff comes after the broker have enough revenue, new team members usually do not see the work that goes into becoming a successful broker. They do not see the blood, sweat, and tears spent developing a book, the stress, and night and weekends spent away from your family.

12.     An employee's bonuses do not automatically go up because of a promotion. Bonuses come from revenue which takes time to grow.

13.     After she became an inside broker, Lindberg began asking for someone else to take over her duties managing accounts. However, Lindberg had not produced any revenue. I am not aware of anyone in CRC Birmingham's Professional Liability Department who was able to delegate almost all binding, marketing, and quoting to focus solely on generating business within the first 2 years of becoming an inside or associate broker. At that time, I could not get approval to hire another account executive based on the team's revenue.

14.     In 2021, Lindberg told me her partner's work required them to move to Arizona. Lindberg and I agreed she could continue as an inside broker on my team remotely.  CRC shipped her computers and had her set up to our systems to work entirely remote.

15.     Also in 2021, I finally got approval based on my revenue to hire another account executive to me team. At that time, we desperately needed the help.

16.     Since Lindberg was on the west coast, I asked her to visit with our retail agents in California. Lindberg never did. In fact, there was only once that Lindberg took any of our clients out to dinner.

17.     After we had had discussions about her potentially moving on from CRC, she emailed department manager Rusty Hughes on March 7, 2022 providing notice that she would be leaving CRC at the end of April 2022. (*See* Lindberg Email re: Next Chapter, attached as Exhibit A) Lindberg explained that she had a lot going on in her life, and although she liked what she did, she knew she would not have time to be my inside broker moving forward. (*Id.*) She described her experience at CRC as incredible, that being on my team for six plus years was a great experience, and stated she had "nothing but high praise for CRC and what you guys stand for." (*Id.*)

18.     I hired Darrin Kurth as an inside broker to replace Lindberg in May 2022. Kurth had almost eight years of insurance underwriting experience when he joined my team. For the last two years, he has performed the exact same duties that Lindberg was performing. He handled all the processing for my accounts.

19.     When Philips retired, I took over the few healthcare accounts she had. The rest of her book went to Dave Sloneker. Sloneker only has one account executive working for him currently. Hayes left the team after only a couple years, and Sloneker did not hire anyone to replace him. His book is not big enough to be his own team, so we are still a joint team.

I declare under penalty of perjury that the foregoing is true and correct.

LEE MCCLURE

Date: 05/10/2024

# EXHIBIT A

**From:** Rusty Hughes (AL) <rhughes@CRCGroup.com>
**Sent:** Monday, March 7, 2022 11:02:14 AM
**To:** Lee McClure (AL) <Lmcclure@CRCGroup.com>; John Cadden (AL) <jcadden@CRCGroup.com>
**Subject:** RE: Next chapter

Thanks Lee!  I also had a nice conversation with Lauren this morning.  She is excited about her next chapter.  Told her the door is always open should she have a change of heart down the road.

Rusty

**From:** Lee McClure (AL) <Lmcclure@CRCGroup.com>
**Sent:** Monday, March 7, 2022 11:00 AM
**To:** John Cadden (AL) <jcadden@CRCGroup.com>
**Cc:** Rusty Hughes (AL) <rhughes@CRCGroup.com>
**Subject:** Next chapter

John:

Morning.  See below from Lauren.  She reached out to Rusty and I regarding her next steps at CRC. Hopefully this helps facilitate our other conversations.

Thanks John.

Lee

**Lee McClure | CRC**
**Senior Broker**
**Healthcare Professional Liability**

O | 205.414.2217
C | 205.492.7892
E | lmcclure@crcgroup.com

1 MetroPlex Dr, Suite 400, Birmingham, AL 35209
CRCGroup.com

1

**CRC/Hendrix 006809**

<span style="color:red">CRC Group | Placing You First</span>

   

Visit www.crcgroup.com/covid19 for all of the latest articles, podcasts, resources and videos related to the COVID-19 pandemic.

<span style="color:red">CRC | Placing You First</span>

Team Members:  Dave Sloneker | Susan Phillips | Lauren Lindberg | Vandalyn Green | Rhonda Brasher| Denisa Lovoy

---

**From:** Lauren Lindberg (AL) <Llindberg@CRCGroup.com>
**Sent:** Monday, March 7, 2022 10:05 AM
**To:** Rusty Hughes (AL) <rhughes@CRCGroup.com>
**Cc:** Lee McClure (AL) <Lmcclure@CRCGroup.com>
**Subject:** Next chapter

Hey Rusty,

Lee and I have talked about this a few times but I wanted to go ahead and loop you in now as I want this to be a smooth transition.

I've really enjoyed my time here in the professional department. Being part of Lee's team for the past 6+ years has been a great experience. I've learned a lot about the industry and really became in tune with healthcare and social services. I believe in this sector and have deep appreciation for the wholesale world, thanks to the Bham PL folks. I want to thank you for all the support and leadership throughout the years. This has truly been an incredible experience for me and I have nothing but high praise for CRC and what you guys stand for.

A lot has happened in my life these past couple of years and I'm at a point now where I need to move to the next chapter and relinquish my position at CRC. As much as I like what I do, I realize I will not have the time it takes to continue being Lee's Inside broker. After a lot of talks with him as well as Kelly, I think it's safe to say I'll be putting my two weeks notice in on April 15th. I'm happy to give insight and tips to help the new hire become acclimated. The last thing I want to do is make my exit seem like a fire drill. I worked hard to help grow his book and take pride in the part I played. The last thing I want is for my departure to cause stress for the rest of the team. I hope confirming this now will kickstart the hiring process for Team McClure.

Let me know what the next steps are and what I can do to help.

Happy to hop on a call soon but I wanted to go ahead and get the word out there.

Sincerely,

**Lauren Lindberg | CRC**
**Healthcare & Human Services**

CRC/Hendrix 006810

P | 205.253.8609
E | llindberg@crcgroup.com

1 MetroPlex Dr, Suite 400, Birmingham, AL 35209
CRC Group | Placing You First

CRC/Hendrix 006811