FILED
2024 May-30 PM 12:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 10

## SWORN STATEMENT OF CLAY SEGREST

1. My name is Clay Segrest. I am over the age of 21 and have personal knowledge of the contents of this statement.

2. When I started at CRC, Besty Barnett told me I would be doing "grunt work" for several years to learn the insurance business.

3. When I joined in 2009, Corey Daugherty had just started his own team. To learn the business, I would sit with Corey and learn from him. I also spent a lot of time sitting with Yvette Talsma, taking notes, and learning how to quote, bind, and market. I learned the business by doing everything start to finish.

4. I spent at least a year focused on just learning the business. After about a year and a half, Barnette told me it was time to hit the road and start meeting with clients. I did not feel prepared to start traveling and meeting with clients. I did not have any support staff but was expected to travel and still get all my work done while I was still learning the business.

5. My time on the road gradually increased, and after at least four years from when I started at CRC, I gradually began to ask Yvette Talsma for assistance with my clients when I was traveling. By that time, I had generated enough revenue to justify delegating tasks as I continued working to bring in new business. It was uncomfortable at first to ask for assistance and delegate tasks, but that was another part of the learning process.

6. My bonus pay is based on the Revenue generated from several agencies, including the following: Post Insurance Agency – Boise, ID The Prewitt Group – Birmingham, Lockton – Minneapolis, Lockton – New York, McGriff – Lexington, KY, Buckner – Denver, CO, USI – WV, J. Smith Lanier (MMA) – Huntsville, Towne Insurance Agency – Norfolk, VA, HUB – Idaho, Valent – Birmingham, Cobbs Allen Hall – Birmingham.

1

7. None of the contacts at these agencies were introduced to me or "given" to me by anyone. I traveled to visit these agencies, gave my value pitch, and worked to convince them to partner with me and my team - in order to write business. Revenue from bound business is the only way anyone can get a bonus.

8. The team had an account with Fischer Bottrell for Mississippi school districts that Kathryn Hendrix was working on, but she expressed she wanted it moved to someone else. She approached the team about transferring the account to another broker in the department, Corey Woodward. I volunteered to take over the account to keep it with our team.

9. I am not aware of anyone in CRC Birmingham's Professional Liability Department who was able to delegate almost all or even most binding, marketing, and quoting to focus solely on generating business within the first 2 years of a production role.

I declare under penalty of perjury that the foregoing is true and correct.

_____
CLAY SEGREST

Date: 5/9/24

2