FILED
2024 May-30 PM 12:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 13

## SWORN STATEMENT OF JONATHAN MORGAN

1. My name is Jonathan Morgan. I am over the age of 21 and have personal knowledge of the contents of this statement.

2. I began working for CRC in 2018 a broker on Truitt Taylor's Team in CRC's Birmingham office. I had previous experience in the wholesale insurance industry and was looking for a new opportunity when I learned of a broker position at CRC.

3. Taylor interviewed and hired me with the understanding I wanted to and would become a producing broker on the team. I have always worked toward producing my own book of business which has included traveling and calling on prospective clients.

4. I handle what is needed on my accounts, and that is how I have seen others work as well. I complete administrative tasks on my accounts including loss runs, quotes, and binding. After working as a broker at CRC for nearly five years I now have an account executive who assists me on my accounts. I did not have help until I grew my business as an associate broker which took several years.

I declare under penalty of perjury that the foregoing is true and correct.

_____
JONATHAN MORGAN

Date: 5/10/24

4854-5867-5316