# EXHIBIT 16

## SWORN STATEMENT OF AMBER VARNER

1. My name is Amber Varner. I am over the age of 21 and have personal knowledge of the contents of this statement.

2. I started at CRC as an account executive on James Powell's team in September 2015. I came to CRC after a recruiter reached out to me on LinkedIn.

3. Powell's team was small when I joined. It consisted of two brokers and one other account executive.

4. Sarah Dunston also worked on Powell's team for a few years, and Dunston and I worked closely together. I never heard Dunston make any complaints about her work or being treated differently. When she left CRC, Dunston told me she was moving to London to go back to school and work in a different industry.

5. I was interested in becoming an inside broker because I wanted more responsibility than processing accounts but did not want to have to build my own book of business. The brokers on my team have to develop new business, and I did not want to do that.

6. I was promoted to inside broker in April 2022. I understood it took time for the team to grow before there was a need for me to move to the inside broker position. By that time our team had grown and been able to hire two more account executives.

7. Since my promotion the change in my duties has been gradual. As of this year, the team got approval to hire a new account executive, and we are working on restructuring the team.

8. I understand the process takes time and moves at the speed of the team's revenue growth. Every team is different. Over the last few years there has been significant growth in the industries our team serves, such as healthcare, which has helped spur our growth.

1

9. Everyone on the team assists as needed, particularly when anyone on team is traveling or out of the office. Even though I am an inside broker, I do not think doing processing tasks on accounts is below me. I knew when I became an inside broker I would still need to do these tasks and ultimately be supporting the brokers on my team.

10. When I wanted to be added to the website, I sent my picture to the marketing department, and it was put on the website.

11. Powell brought up with me if I would like to have my own office, but since I work primarily from home, I did not see the need for me to have an office.

12. I understand bonuses on our team are based on the team's revenue. My bonuses have gone up each year as the team's book has grown.

13. I know about the Launch Program which is a training tool for people new to the wholesale insurance industry. I am not interested in participating in the Launch Program. I am not above it but do not think it would be beneficial to me since I have been working in the industry for years.

14. I have attended many dinners and other events over the years with clients and underwriters, but there are too many events to attend them all. Information about events come through department email. I have never felt excluded in any way.

15. It never crossed my mind to move teams. I have enjoyed being on Powell's team and know growth is slow. There were years we lost accounts. This business is a marathon, not a sprint, and you truly have to be patient and see it through.

I declare under penalty of perjury that the foregoing is true and
    correct.

*Amber Varner*

Date: 05/09/24

AMBER VARNER

3