# EXHIBIT 20

# Filed Under Seal