# EXHIBIT 24

HENDRIX V CRC ET AL
**EXHIBIT 5**
2:21-CV-300-MHH



**Branch Banking & Trust Co.**

Legal Department
201 Saint Johns Church Road
Camp Hill, PA 17011

Writer's Direct Line: (717) 736-7882

November 14, 2019

Via electronic mail (leslie@palmerlegalservices.com)
Leslie Palmer, Esq.
104 23rd Street South
Suite 100
Birmingham, AL 35233

Re: Kathryn Hendrix

Dear Attorney Palmer:

As promised, I am providing a formalized response to your letter dated October 8, 2019 directed to Stefani Petty regarding your above-referenced client. I now have had an opportunity to review this matter and your assertions of gender discrimination.

The review did not substantiate that any discrimination occurred. Based on the above, CRC is not interested in the severance proposal outlined in your letter.

Thank you for your time and attention to this matter.

Sincerely,

Angela L. Thomas
Associate General Counsel